IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.
05 JUL 27 AM 8:08
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | Cr. No. 05-10053-T |
| v. ) | |
| ) | |
| JAMES CLARK, ) | |
|     Defendant. ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have **JAMES CLARK**, TDOC # 358180, now being detained in the Whiteville TN Correctional Facility, appear before the Honorable S. Thomas Anderson on  TUESDAY, 08/30/05 , at 2:00 a.m./p.m. for initial appearance for such other appearances as this Court may direct.

Respectfully submitted this 26th day of July 2005.

_JAMES W. POWELL_
JAMES W. POWELL
Assistant U. S. Attorney

### ORDER

Upon consideration of the foregoing Application,

David Jolley, U.S. Marshall, Western District of Tennessee, and Warden WCFA:

**YOU ARE HEREBY COMMANDED** to have **JAMES CLARK**, appear before the Honorable S. Thomas Anderson at the date and time aforementioned.

**ENTERED** this 26th day of July 2005.

_S. Thomas Anderson_
**S. THOMAS ANDERSON**
**United States Magistrate Judge**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  7/28/05

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CR-10053 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT