IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 05cr10053-001-T |
| JAMES CLARK, | ) ) ) |
| Defendant. | ) |

### UNITED STATES' MOTION FOR RE-SETTING

COMES NOW the United States of America, by and through Lawrence Laurenzi, Acting United States Attorney, and James W. Powell, Assistant United States Attorney for the Western District of Tennessee, and moves this Honorable Court as follows:

The defendant currently has a court setting date of Tuesday November 1, 2005 for a report/motion hearing and a trial date of Monday, November 7, 2005. Counsel for the United States Attorney's Office responsible for the prosecution of this case will be on annual leave during time period that this case is set.

Movant has discussed the filing of this motion and rescheduling of this matter to another date with Mr. Colin Morris, Counsel for the defendant, who has expressed no opposition to the filing of this motion and we request the defendant's referenced court appearances be continued to a date of November 14, 2005 or later, for the ground set forth above.

WHEREFORE, the government respectfully requests that the defendant's court dates be reset from the current dates set of November 1 and 7 to November 14, 2005 or later.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10/3/05

**MOTION GRANTED**
DATE: 3 Oct 2005

_James D. Todd_
James D. Todd
U.S. District Judge

15

Respectfully submitted,

LAWRENCE LAURENZI
Acting United States Attorney

JAMES W. POWELL
Assistant United States Attorney
109 South Highland Avenue, Suite 300
Jackson, Tennessee 38301
(731) 422-6220
Tennessee Bar No. 9614

## CERTIFICATE OF SERVICE

I, James W. Powell, Assistant U.S. Attorney for the Western District of Tennessee, do hereby certify that I have this date delivered a true and exact copy of the foregoing to counsel for the defendant, Mr. Colin Morris, at his address of record, 204 W. Baltimore, Jackson, Tennessee.

This 30th day of September 2005.

James W. Powell
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:05-CR-10053 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

J. Colin Morris
MOSIER & MORRIS, P.A.
204 W. Baltimore
Jackson, TN 38302--162

Honorable James Todd
US DISTRICT COURT